UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  1:17-CV-22898-JLK

ANDRES GOMEZ,

      Plaintiff,
v.

FITNESS INTERNATIONAL LLC,
a California Corporation,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, ANDRES GOMEZ, hereby advise the Court that he and Defendant, FITNESS INTERNATIONAL, LLC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution.  The Parties will file a stipulation dismissing this action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

      Dated: June 18th, 2018

  By: */s/Anthony J. Perez*
  ANTHONY J. PEREZ, ESQ.
  FBN: 535451
  ALFREDO GARCIA-MENOCAL
  FBN: 533610
  GARCIA-MENOCAL & PEREZ, P.L.
  4937 SW 74th Court, Unit 3
  Miami, FL 33155
  E-Mail: ajperezlaw@gmail.com
  agarciamenocal@lawgmp.com
  Telephone:  305-553-3464
  Facsimile:  305-553-3031

By: */s/Tyler J. Woods*
TYLER J. WOODS, ESQ.
PACIFIC TRIAL ATTORNEYS
4100 Newport Place Drive
Suite 800
Newport Beach, CA 92660
E-Mail: twoods@pacifictrialattorneys.com
Telephone:  949-706-6464

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By:    */s/ Anthony J. Perez, Esq.*
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610