UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22898-CIV-KING

ANDRES GOMEZ,

    Plaintiff,

v.

FITNESS INTERNATIONAL LLC,
a California corporation,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Joint Notice of Settlement (D.E. #12) filed June 18, 2018, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **September 7, 2018** and the **Trial** previously set for **November 13, 2018** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of June, 2018.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record